421 A.2d 1049

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Gary James NELSON, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1980.
Decided Oct. 31, 1980.

John H. Corbett, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

FLAHERTY, Justice.

Appellant, Gary James Nelson, appeals from judgment of sentence entered in the Court of Common Pleas of Allegheny County, Pennsylvania, following conviction by a jury of murder of the second degree, robbery and violation of the uniform firearms act.

Appellant raises five assignments of error, arguing: his confession was involuntary and coerced; admission of his co–defendant's redacted extrajudicial statement violated his right to confront and cross–examine his accuser; his confession was admitted without establishment of the corpus delicti of robbery; his right to a fair trial was denied due to the district attorney's allegedly improper closing comments; and the evidence was insufficient to support the verdict.

After a thorough review of the briefs and record in this case, we have concluded appellant's assignments of error are without merit.

Judgment of sentence affirmed.